THE HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLYDE A. ARTERBURN, an individual,

        Plaintiff,

v.

HOME DEPOT U.S.A., INC. dba/aka Home Depot, a Foreign Corporation,

        Defendant.

CAUSE NO. 2:22-CV-00408-RSM

ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE

NOTE ON MOTION CALENDAR: FRIDAY, DECEMBER 9, 2022

THIS MATTER having come before this Court on Stipulated Motion of the Parties, and the Court being fully advised; now, therefore:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the expert disclosure deadline is extended from December 14, 2022 to January 13, 2023.

DATED this 13th day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND
EXPERT DISCLOSURE DEADLINE
(CAUSE NO. 2:22-CV-00408-RSM) - Page 1

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

1

2

*Presented By*:

3

4
HWS LAW GROUP

5

6

7
By: */s/Kaytlin L. Carlson*
     */s/Kelsey L. Shewbert*

8
Kelsey L. Shewbert, WSBA No. 51214
kshewbert@hwslawgroup.com

9
Kaytlin L. Carlson, WSBA No. 52606
kcarlson@hwslawgroup.com

10
Attorneys for Defendant Home Depot U.S.A., Inc.

11

12
HESS LAW OFFICE, PLLC

13

14
By */s/Ryan Armentrout*

15
Peter J. Hess, WSBA No. 39721
Ryan Armentrout, WSBA No. 43559

16
Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO EXTEND
EXPERT DISCLOSURE DEADLINE
(CAUSE NO. 2:22-CV-00408-RSM) - Page 2

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065