THE HONORABLE JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| CLYDE A. ARTERBURN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. dba/aka Home Depot, a Foreign Corporation,<br><br>Defendant. | CAUSE NO. 2:22-CV-00408-RSM<br><br>STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND THE CASE SCHEDULE<br><br>NOTING ON MOTION CALENDAR: JANUARY 3, 2023 |

## I.   STIPULATED MOTION

The parties in the above captioned action, Clyde Arterburn ("Plaintiff") and Defendant Home Depot, U.S.A., Inc. (hereinafter "Defendant" or "Home Depot") by and through their undersigned counsel of record hereby submit this stipulated motion pursuant to LCR 10(g) to continue the trial date currently scheduled for June 12, 2023 to **September 11, 2023** and to amend the case schedule in accordance with the dates included in the proposed order.  There has

STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND THE CASE SCHEDULE
(CAUSE NO. 2:22-CV-00408-RSM) - Page 1

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

only been one extension in this matter, which was recently granted to extend the expert disclosure deadlines.  No other extensions have been requested or granted.

This action arises out of a trip and fall that occurred at the Home Depot store located at 1100 NE C St. College Place, Washington.  This case was originally filed in King County Superior Court on December 6, 2021 and Home Depot filed a motion to dismiss a previously named defendant who has since been dismissed.  Home Depot subsequently removed this case to Federal Court on March 31, 2022.  The parties have exchanged initial disclosures as well as written discovery and stipulations for release of medical records were executed on July 28, 2022.  Despite requesting the medical records shortly thereafter, Home Depot is still waiting for medical and billing records multiple facilities.  Therefore, Home Depot has not received a complete set of records, which are necessary for defending Plaintiff's claims for damages.

On December 9, 2022, the parties filed a stipulated motion to extend the expert disclosure deadlines as Plaintiff's deposition had not been noted as Home Depot wanted to have all of Plaintiff's medical and billing records in advance.  Given the delays in collecting the medical and billing records, and not wanting to delay the noting the deposition any longer, the parties agreed to schedule Plaintiff's deposition, and the soonest date that counsel and Plaintiff were all available for the deposition is January 12, 2023.  Additionally, the parties are still in the process of scheduling treating provider depositions as well as Home Depot fact witness depositions, including a Fed. R. Civ. P. 30(b)(6) deposition.

Given the above, there is good cause to continue the trial date and amend the Order Setting Trial Date and Related Dates (Dkt. No. 10).  This would be beneficial to all parties in order to accommodate these depositions and allow for the experts to review and evaluate the deposition transcript before disclosing their opinions.

Wherefore, the parties respectfully request this Court to enter an order amending the Order Setting Trial Date and Related Dates to commence trial on **September 11, 2023.**

STIPULATED MOTION TO CONTINUE TRIAL DATE
AND AMEND THE CASE SCHEDULE
(CAUSE NO. 2:22-CV-00408-RSM) - Page 2

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

By executing this stipulation, no party herein waives, but specifically reserves, any previously held rights, claims, and/or defenses.

*Presented By*:

HWS LAW GROUP

By */s/Kaytlin L. Carlson*
   */s/Kelsey L. Shewbert*
Kelsey L. Shewbert, WSBA No. 51214
kshewbert@hwslawgroup.com
Kaytlin L. Carlson, WSBA No. 52606
kcarlson@hwslawgroup.com
Attorneys for Defendant Home Depot U.S.A., Inc.


HESS LAW OFFICE, PLLC


By */s/Ryan Armentrout*
Peter J. Hess, WSBA No. 39721
Ryan Armentrout, WSBA No. 43559
Attorneys for Plaintiff


**IT IS SO ORDERED:**

DATED this 4th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE