THE HONORABLE JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| CLYDE A. ARTERBURN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. dba/aka Home Depot, a Foreign Corporation,<br><br>Defendant. | CAUSE NO. 2:22-CV-00408-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND THE CASE SCHEDULE<br><br>NOTING ON MOTION CALENDAR: March 13, 2023 |

## **ORDER**

THIS MATTER having come before this Court on Stipulated Motion of the Parties, and the Court being fully advised; now, therefore:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the case schedule is amended as follows:

- Deadline for Plaintiff's Expert Disclosure: **From March 15, 2023 to May 17, 2023**

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND THE CASE SCHEDULE
(CAUSE NO. 2:22-CV-00408-RSM) - Page 1

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

- Deadline for Defendants' Expert Disclosure: **From March 15, 2023 to June 16, 2023**
- Deadline for Rebuttal Expert Disclosure: **From March 15, 2023 to July 17, 2023**
- Discovery Completed By: **May 15, 2023 to July 17, 2023**
- Deadline for filing Dispositive Motions: **From June 13, 2023 to August 15, 2023**
- Settlement conference held no later than: **July 28, 2023 to September 29, 2023.**
- The parties will be ready for trial by **November 13, 2023**.

DATED this 22nd day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented By*:

HWS LAW GROUP

By */s/Kelsey L. Shewbert*
By */s/ Shaun Campbell*
Kelsey L. Shewbert, WSBA No. 51214
Shaun Campbell, WSBA No. 47863
Attorneys for Defendant

HESS LAW OFFICE, PLLC

By */s/Ryan Armentrout (via email approval)*
   */s/Peter J. Hess (via email approval)*
Peter J. Hess, WSBA No. 39721
Ryan Armentrout, WSBA No. 43559
Attorneys for Plaintiff

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND THE CASE SCHEDULE
(CAUSE NO. 2:22-CV-00408-RSM) - Page 2

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065