THE HONORABLE JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLYDE A. ARTERBURN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. dba/aka Home Depot, a Foreign Corporation,<br><br>    Defendant. | CAUSE NO. 2:22-CV-00408-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>NOTE FOR HEARING NOVEMBER 28, 2023<br> WITHOUT ORAL ARGUMENT |

## I. STIPULATION

Plaintiff Clyde A. Arterburn ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate that all claims of Plaintiff in the above-captioned case shall be DISMISSED with prejudice, and without costs or attorneys' fees to any parties. Any and all claims that were brought or could have been brought have been fully settled by the parties outside of court.

//

//

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 2:22-CV-00408-RSM) - Page 1

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

//

STIPULATED TO on this 28th day of November, 2023.

| HESS LAW OFFICE | HWS LAW GROUP |
|---|---|
| _____ <br> Ryan Armentrout, WSBA No. 43559 <br> ryan@hesslawoffice.com <br> Attorney for Plaintiff Clyde A. Arterburn | */s/ Kelsey L .Shewbert* <br> */s/ Shaun G. Campbell* <br> Kelsey L. Shewbert, WSBA No. 51214 <br> kshewbert@hwslawgroup.com <br> Shaun G. Campbell, WSBA No. 47863 <br> scampbell@hwslawgroup.com <br> Attorneys for Defendant Home Depot U.S.A., Inc. |

COLUCCIO LAW

_____
Kevin Coluccio, WSBA No. 16245
kc@coluccio-law.com
Attorney for Plaintiff Clyde A. Arterburn

## II.   ORDER

THIS MATTER having come before the Court on the above stipulation, IT IS HEREBY ORDERED that all claims that were brought, or that could have been brought, by Plaintiffs in the above-captioned matter shall be, and hereby are, DISMISSED with prejudice.  Each party shall bear its own costs and attorneys' fees.

DATED this 30th day of November, 2023.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 2:22-CV-00408-RSM) - Page 2

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065